```
            IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                     WESTERN DIVISION
```

SUSAN LAFOREST,                    :         No. 04-30061-MAP
       Plaintiff           :
                           :
      v.                   :
                           :
S & C AUTOMOTIVE INC.              :
   d/b/a COUNTRY JEEP-EAGLE        :
DAIMLERCHRYSLER SERVICES           :
   NORTH AMERICA LLC               :
   d/b/a DAIMLERCHRYSLER LLC       :
      Defendants          :

_____

Plaintiff's Request that the Court Act as an Intermediary in Settlement

_____

Plaintiff Susan LaForest respectfully requests that the Court act as an intermediary between Plaintiff and the insurance company for Defendant S&C Automotive. Ms. LaForest and Defendant & its insurance company have reached a settlement agreement; however, the insurance company does not want to send a check without first receiving an original executed release, and Ms. LaForest does not want to provide an original execute release until the settlement check has cleared her attorney's IOLTA Trust Account.

There is a tentative agreement, however, that the insurance company could send the check to the Court and Ms. LaForest could

send the executed release to the Court. When the Court has both in hand, the Court could send the items to the appropriate party. Self addressed stamped envelopes would accompany the parties' submissions.

Respectfully submitted,

/s/ Jason David Fregeau

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

Certificate of Service

I certify that a copy of the foregoing Plaintiff's Certifications has been served by United States Mail, postage prepaid, upon Kenneth Clark, Litigation Specialist, Universal Underwriters Group, 175 Crossing Blvd, Ste 100, Framingham, MA 01702, this 29th day of June, 2004.

/s/ Jason David Fregeau
_____
Jason David Fregeau, Esq.