```
           IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
                    WESTERN DIVISION

SUSAN LAFOREST,                  :        No. 04-30061-MAP
         Plaintiff               :
                                 :
         v.                      :
                                 :
S & C AUTOMOTIVE INC.            :
   d/b/a COUNTRY JEEP-EAGLE      :
DAIMLERCHRYSLER SERVICES         :
   NORTH AMERICA LLC             :
   d/b/a DAIMLERCHRYSLER LLC     :
         Defendants              :
```
_____

Plaintiff's Notice of Dismissal
_____


Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Susan LaForest dismisses Defendant S&C Automotive Inc. d/b/a Country Jeep-Eagle <u>with</u> prejudice and dismisses DaimlerChrysler Services North America LLC d/b/a DaimlerChrysler LLC <u>without</u> prejudice.

                Respectfully submitted,

                /s/ Jason David Fregeau


                Jason David Fregeau,
                Trial Attorney (0055426)

                47 Lincoln Road
                Longmeadow, MA 01106
                413/567-2461
                413/567-2932 fax

                Attorney for Plaintiff

<u>Certificate of Service</u>

   I certify that a copy of the foregoing Plaintiff's Notice of Dismissal has been served by United States Mail, postage prepaid, upon Kenneth Clark, Litigation Specialist, Universal Underwriters Group, 175 Crossing Blvd, Ste 100, Framingham, MA 01702, this 15th day of August, 2004.

                                     /s/ Jason David Fregeau

                                     _____

                                     Jason David Fregeau, Esq.